# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2017-0733, <u>Anna Konopka v. New Hampshire Board of Medicine</u>, the court on November 16, 2018, issued the following order:**

The plaintiff's motion to amend her brief is granted.

Having considered the briefs, the memorandum of law, and the record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). We affirm.

The plaintiff, Anna Konopka, appeals an order of the Superior Court (<u>Kissinger</u>, J.) dismissing her complaint and petition for injunctive relief against the New Hampshire Board of Medicine (board) for failing to state a claim upon which relief may be granted and for failing to exhaust her administrative remedies. We construe her brief to argue that: (1) she executed her agreement with the board to surrender her license to practice medicine in New Hampshire, which was negotiated by her attorney, under duress; (2) the board fabricated the complaints against her; (3) she was defamed by a nurse who raised concerns with the board regarding how the plaintiff was prescribing certain medications; (4) the board was motivated by persons unknown who are conspiring against her; (5) the board incorrectly interpreted her patients' records; (6) the board ignored her letters and those of her patients; (7) she was not advised that she should request a hearing before the board on her claim of duress; and (8) a criminal investigation of her by the Attorney General should be stopped.

As the appealing party, the plaintiff has the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's well-reasoned order, the plaintiff's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the plaintiff has not demonstrated reversible error. <u>See</u> <u>id</u>.

<u>Affirmed</u>.

Lynn, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Eileen Fox,
Clerk**
